IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:      RAYMOND BELVIN                              CASE NO. 04-53822 NPO
            DEBTOR                                      CHAPTER 7

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL
Docket # 52

THIS MATTER having come on Application of the Trustee to Employ Special Counsel; and the Court, having considered said Application and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

THEREFORE, IT IS ORDERED AND ADJUDGED that the employment of Mary E. McAlister and David Nutt, PA, as special counsel for the Trustee, be and it is hereby approved pursuant to 11 U.S.C. § 327. The application is denied to the extent it requests employment under U.S.C. § 328 or any other Bankruptcy Code Section.

IT IS FURTHER ORDERED AND ADJUDGED that said counsel shall, within ten (10) days of the entry hereof, file with the Court the reports required by U.S.C. § 329 & Rule 2016(b), if the said reports have not been filed.

IT IS FURTHER ORDERED AND ADJUDGED that said counsel shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only, with fees and expenses at no time exceeding fifty percent (50%) of recovery, pursuant to a contingency fee contract of 40%, after notice and a hearing as contemplated by 11 U.S.C. Section 330, Rule 2016, Federal Rules of Bankruptcy Procedure, and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED AND ADJUDGED that this Order applies to any funds that might have been received by said counsel as a retainer or of a similar nature.

IT IS FURTHER ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts allowed.

SO ORDERED AND ADJUDGED.

                                              /s/ Neil P. Olack
Neil P. Olack
United States Bankruptcy Judge

Order Submitted by
Kimberly R. Lentz
LENTZ & LITTLE, PA
P.O. Box 927
Gulfport, MS  39502

Dated: December 23, 2009